Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Hala Wassef
Debtor

Case No.: 02−31259−RG
Chapter 7

Vivianne Akad
Plaintiff

v.

Hala Wassef
Defendant

Adv. Proc. No. 05−02621−RTL                        Judge: Raymond T. Lyons Jr.

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on August 21, 2006, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 1
Opinion Filed by The Honorable Raymond T. Lyons, Jr., United States Bankruptcy Judge, Re: related document:[1] Complaint filed by Plaintiff Waji Gobrial, Plaintiff Vivianne Akad).. The following parties were served: Plaintiff, Plaintiff's Attorney and Defendant (the preceeding served via computer), Tulipan & Conk, PC, Reilly, Supple & Wischusen, LLC, and Robert M. Rich, Esq. (the preceeding served manually by US mail). Signed on 8/21/2006 (pcj, )

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 21, 2006
JJW: pcj

                                                James J. Waldron
                                                Clerk